JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00557-KK-RAOx** | Date: | March 23, 2026 |
|---|---|---|---|

| Title: | **_Bhyman Sharma v. Fereti Semaia et al._** |
|---|---|

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order DISMISSING Petition for Writ of Habeas Corpus [Dkt. 2]**

On February 6, 2026, petitioner Bhyman Sharma ("Petitioner") filed a Petition for Writ of Habeas Corpus against respondents Fereti Semaia, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents"). ECF Docket No. ("Dkt.") 2. On February 13, 2026, the Court granted Petitioner's Motion for Temporary Restraining Order, ordering Petitioner's immediate release from Respondents' custody. Dkt. 9. On or about February 14, 2026, Petitioner was released from detention. Dkt 10. On March 4, 2026, the Court granted Petitioner's Request for a Preliminary Injunction. Dkt. 13.

On March 6, 2026, the parties were directed to confer telephonically as to whether there can be a stipulated resolution of this matter. Dkt. 14. On March 20, 2026, the parties filed a Joint Status Report seeking dismissal of the case without prejudice. Dkt. 15.

Accordingly, the Petition for Writ of Habeas Corpus is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** (JS-6)